LYNN HUBBARD III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone:  (530) 895-3252
Facsimile:   (530) 894-8244

Attorneys for Plaintiff

LAWRENCE TEPLIN, SBN 35724
JESSICA JOHNSON, SBN 267957
COX, CASTLE & NICHOLSON LLP
2049 Century Park East, 28th Floor
Los Angeles, CA 90067-3284
Telephone:  (310) 277-4222
Facsimile:   (310) 277-7889

Attorney for Defendants The Pep Boys
Manny Moe & Jack of California dba
Pep Boys #774; and JJJJJ Partners, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MARTINEZ, | Case No. 2:11-cv-02615-MCE-DAD |
| Plaintiff, | |
| v. | JOINT STIPULATION FOR DISMISSAL and ORDER THEREON |
| THE PEP BOYS MANNY MOE & JACK of CALIFORNIA dba PEP BOYS #774; JJJJJ PARTNERS, LLC | |
| Defendants. | |

TO THE COURT AND ALL PARTIES:

    Plaintiff, Tony Martinez, and defendants, The Pep Boys Manny Moe & Jack of California dba Pep Boys #774; and JJJJJ Partners, LLC, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: December 22, 2011    DISABLED ADVOCACY GROUP, APLC

    /s/  Lynn Hubbard III
LYNN HUBBARD III
Attorney for Plaintiff Tony Martinez

Dated: December 22, 2011    COX, CASTLE & NICHOLSON LLP

    /s/  Lawrence Teplin
LAWRENCE TEPLIN
Attorney for Defendants The Pep Boys Manny Moe & Jack of California dba Pep Boys #774; and JJJJJ Partners, LLC

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:11-cv-02615-MCE-DAD, is hereby dismissed with prejudice in its entirety. The Clerk of the Court is directed to close this case.

Dated: January 6, 2012

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE