| | |
|---|---|
| 1 | LYNN HUBBARD III, SBN 69773 |
| 2 | SCOTTLYNN J HUBBARD IV, SBN 212970<br>DISABLED ADVOCACY GROUP, APLC |
| 3 | 12 Williamsburg Lane<br>Chico, CA 95926 |
| 4 | Telephone:  (530) 895-3252<br>Facsimile:   (530) 894-8244 |
| 5 | Attorneys for Plaintiff |
| 6 | LAWRENCE TEPLIN, SBN 35724 |
| 7 | JESSICA JOHNSON, SBN 267957<br>COX, CASTLE & NICHOLSON LLP |
| 8 | 2049 Century Park East, 28th Floor<br>Los Angeles, CA 90067-3284 |
| 9 | Telephone:  (310) 277-4222<br>Facsimile:   (310) 277-7889 |
| 10 | |
| 11 | Attorney for Defendants The Pep Boys<br>Manny Moe & Jack of California dba<br>Pep Boys #774; and JJJJJ Partners, LLC |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MARTINEZ, | Case No. 2:11-cv-02615-MCE-DAD |
| Plaintiff, | |
| v. | JOINT STIPULATION FOR DISMISSAL and<br>ORDER THEREON |
| THE PEP BOYS MANNY MOE & JACK of CALIFORNIA dba PEP BOYS #774; JJJJJ PARTNERS, LLC | |
| Defendants. | |

TO THE COURT AND ALL PARTIES:

    Plaintiff, Tony Martinez, and defendants, The Pep Boys Manny Moe & Jack of California dba Pep Boys #774; and JJJJJ Partners, LLC, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: December 22, 2011        DISABLED ADVOCACY GROUP, APLC

                                          */s/   Lynn Hubbard III*
                                          LYNN HUBBARD III
                                          Attorney for Plaintiff Tony Martinez

Dated: December 22, 2011        COX, CASTLE & NICHOLSON LLP

                                          */s/   Lawrence Teplin*
                                          LAWRENCE TEPLIN
                                          Attorney for Defendants The Pep Boys
                                          Manny Moe & Jack of California dba
                                          Pep Boys #774; and JJJJJ Partners, LLC

## **ORDER**

    IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:11-cv-02615-MCE-DAD, is hereby dismissed with prejudice in its entirety. The Clerk of the Court is directed to close this case.

Dated: January 6, 2012

                                          MORRISON C. ENGLAND, JR.
                                          UNITED STATES DISTRICT JUDGE